UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CAMILLE TUASON MATA, | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Civil Action No. 3:26-cv-30008-MGM |
| | ) |
| UNIVERSITY OF MASSACHUSETTS- | ) |
| AMHERST, JEREMY FORGUE, | ) |
| ALLISON LEPPER, LAURA SHEA, | ) |
| Defendants. | ) |
| | ) |

## DEFENDANTS' RULE 12(b)(6) MOTION TO DISMISS

For the reasons set forth and supported in the accompanying Memorandum, the defendants, the University of Massachusetts Amherst, Jeremy Forgue, Allison Lepper, and Laura Shea, move to dismiss all of the claims in plaintiff Camille Tuason Mata's complaint (ECF Dkt. 1) in accord with Fed. R. Civ. P. 12(b)(6).

Dated:  April 6, 2026

THE DEFENDANTS
By their attorney,

 /s/*Mark A. Johnson*
Mark A. Johnson, BBO No. 651271
Senior Litigation Counsel
University of Massachusetts
Office of the General Counsel
50 Washington Street, Suite 3000
Westborough, MA 01581
(774) 528-0259
majohnson@umassp.edu

## LOCAL RULE 7.1 CERTIFICATION

In accord with LR 7.1(a)(2), I certify that I conferred with Ms. Mata by email exchange of March 31-April 1, 2026, and attempted in good faith to narrow the issues.

*/s/ Mark A. Johnson*
Mark A. Johnson

## CERTIFICATE OF SERVICE

I hereby certify that, on April 6, 2026, I served a true copy of the above document by email to plaintiff Camille Tuason Mata, as well as through the Electronic Court Filing System (ECF) of the United States District Court for the District of Massachusetts.

*/s/Mark A. Johnson*
Mark A. Johnson